ord032 (12/09)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

In Re:

**Yin Ping Wong**

Debtor(s).

SSN of Debtor: **xxx–xx–0249**
TAX ID of Debtor:

SSN of Joint Debtor:
**TAX ID of Joint Debtor:**

Case No.: **11–00269**

Chapter: **13**

*Date Entered: May 20, 2011*

### ORDER SUSTAINING OBJECTION
### TO CONFIRMATION OF CHAPTER 13 PLAN

    A hearing on confirmation of the Debtor's chapter 13 plan took place on **May 12, 2011.**

    For the reasons stated on the record pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure,

    **IT IS HEREBY ORDERED** that the Objection to Chapter 13 Plan is SUSTAINED and the Debtor's plan is DENIED CONFIRMATION.

    **IT IS FURTHER ORDERED** that this case will be dismissed unless, within 14 days after the entry of this order, the Debtor files an amended plan or the Debtor requests conversion of this case to another chapter under the Bankruptcy Code.

**Dated: May 20, 2011**

Honolulu, Hawaii

*Robert J. Faris*
United States Bankruptcy Judge